# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1919
_____

C.F., Mother of M.F., M.F. and
L.F., Minor Children,

Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
David Gooding, Judge.

November 14, 2018

PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

C.F., pro se, Appellant.

Ward L. Metzger, Appellate Counsel for the Department of Children and Families, Jacksonville, for Appellee.

Thomasina Moore, Statewide Director of Appeals, and Sara Elizabeth Goldfarb, Appellate Counsel, Guardian ad Litem Program, Tallahassee.